IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CYNTHIA OSBORNE-WILSON** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 11-6114** |
| | : | |
| **COMMISSIONER OF SOCIAL** | : | |
| **SECURITY ADMINISTRATION** | : | |

## ORDER

**AND NOW**, this 14th day of September, 2012, upon consideration of Plaintiff's Motion for Summary Judgment and Brief and Statement of Issues in Support of Request for Review (Document Nos. 9 and 10), the defendant's response (Document No. 11), the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo (Document No. 13), no objections having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**; and

2. The plaintiff's motion for summary judgment is **DENIED**.

          /s/Timothy J. Savage
          TIMOTHY J. SAVAGE, J.